## H. TENNY *v.* A. PROVOSTY, Syndic.

The creditor of an insolvent cannot litigate his demand for a privilege in a separate suit against the syndic. The privilege must be settled contradictorily with all the creditors upon a tableau of distribution filed by the syndic.

APPEAL from the District Court of the Parish of Pointe Coupée, *Ratliff*, J., presiding. *Brewer, Collins & Leake*, for plaintiff. *Clark & Bayne* and *A. Provosty*, for appellants.

BUCHANAN, J. This suit was brought after the surrender, and against the syndic, for the purpose of establishing a privilege upon property surrendered by

TENNY
*v.*
PROVOSTY.

*McRae* to his creditors, and in the hands of the syndic. The objection made to the introduction of evidence in support of plaintiff's claim, urged in this form, should have been sustained.

Privileges must be settled contradictorily with all the creditors, upon a tableau of distribution filed. The creditors cannot litigate their demands separately against the syndic. Hennen's Digest, 740, section 10, and cases there cited. See also case of *Fabre* v. *McRae* and *Provosty*, lately decided.

It is, therefore, adjudged and decreed, that the judgment of the District Court be reversed; and that this suit be dismissed, without prejudice, at plaintiff's costs, in both courts.